UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case Nos. 1:03-CR-157 |
| vs. | ) | |
| | ) | |
| ZANA JONES | ) | COLLIER/CARTER |

## MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on February 3, 2010, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for a Warrant or Summons for Offender Under Supervision of U.S. Probation Officer Sladjuana Hays and the Warrant for Arrest issued by U.S. District Judge Curtis L. Collier. Those present for the hearing included:

(1) AUSA Terra Bay for the USA.
(2) The defendant, ZANA JONES.
(3) Attorney Rita LaLumia for defendant.
(4) Deputy Clerk Kelli Jones.

After being sworn in due form of law the defendant was informed or reminded of her privilege against self-incrimination accorded her under the 5th Amendment to the United States Constitution.

It was determined the defendant wished to be represented by an attorney and she qualifies for the appointment of an attorney to represent her at government expense. Attorney Rita LaLumia of Federal Defender Services was appointed to represent the defendant. It was determined the defendant had been provided with a copy of the Petition for a Warrant or Summons for an Offender Under Supervision and the Warrant for Arrest and had the opportunity of reviewing those documents with Atty. LaLumia. It was also determined the defendant was capable of being able to read and understand the copy of the aforesaid documents she had been provided.

Defendant waived her right to a preliminary hearing and detention hearing.

AUSA Bay moved defendant be detained without bail pending her revocation hearing before U.S. District Judge Curtis L. Collier.

### Findings

(1) Based upon U.S. Probation Officer Sladjuana Hays' petition and defendant's

1

waiver of preliminary hearing and detention hearing, the undersigned finds there is probable cause to believe defendant has committed violations of her conditions of supervised release as alleged in the petition.

<u>Conclusions</u>

<u>      </u>It is ORDERED:

(1)  The defendant, ZANA JONES, shall be appear in a revocation hearing before U.S. District Judge Curtis L. Collier.

(2) The motion of AUSA Bay that defendant be DETAINED WITHOUT BAIL pending her revocation hearing before Judge Collier is GRANTED.

(3) The U.S. Marshal shall transport ZANA JONES to a revocation hearing before Judge Collier on **Thursday, February 18, 2010, at 9:00 am.**

ENTER.

Dated:  February 3, 2010                  *s/William B. Mitchell Carter*
                                                               UNITED STATES MAGISTRATE JUDGE